# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § § | |
| CONRAN, MICHAEL C. | § § | Case No. 10-50498 |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BARRY A. CHATZ, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
KENNETH S. GARDNER
CLERK OF THE COURT

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 07/06/2011 in Courtroom 613,
United States Courthouse
219 South Dearborn Street
Chicago, Illinois 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 05/31/2011          By: /s/ Barry A. Chatz, Trustee

*BARRY A. CHATZ*
*120 S. RIVERSIDE PLAZA*
*SUITE 1200*
*CHICAGO, IL 60606-0000*

United States Bankruptcy Court
Northern District of Illinois

In re:  
Michael C. Conran  
    Debtor

Case No. 10-50498-ABG  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1     User: ccabrales    Page 1 of 1    Date Rcvd: May 31, 2011  
                     Form ID: pdf006    Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 02, 2011.

```
db          +Michael C. Conran,    1655 Mount Pleasant Street,    Northfield, IL 60093-3443
aty         +Jeffrey A Angres,    Glanzer & Angres, P.C.,    101 W. Grand Ave., Suite 200,
              Chicago, IL 60654-7130
aty         +Yan Teytelman,    Cohen & Krol,    105 West Madison St.,    Suite 1100,    Chicago, IL 60602-4600
tr          +Barry A Chatz,    Arnstein & Lehr,    120 South Riverside Plaza Ste 1200,    Chicago, IL 60606-3910
16410304     BAC Home Loans Servicing, LP,    P.O. Box 650070,    Dallas, TX 75265-0070
16410306    +Chase,    P.O. Box 15298,    Wilmington, DE 19850-5298
16410305    +Chase,    P.O. Box 901039,    Fort Worth, TX 76101-2039
16736792     Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16410307    +Citibank,    P.O. Box 6241,    Sioux Falls, SD 57117-6241
16410308    +Citibank N.A.,    P.O. Box 769006,    San Antonio, TX 78245-9006
17028513    +Citibank South Dakota NA,    Payment Center,    4740 121st St,    Urbandale, IA 50323-2402
16410311    +Codilis & Associates, P.C.,    15W030 North Frontage Rd.,    Suite 100,    Burr Ridge, IL 60527-6921
16410312     Department of the Treasury,    Internal Revenue Service,    201 W. River Center Blvd.,
              Covington, KY 41019-0030
16410313    +GMAC Mortgage,    P.O. Box 4622,    Waterloo, IA 50704-4622
17009064    +JP Morgan Chase Bank, c/o Ascension Capital Group,    PO Box 201347,    Arlington TX 76006-1347
16410314     Nationwide Credit, Inc.,    2015 Vaughn Rd. NW,    Bld. 400,    Kennesaw, GA 30144-7801
16905184    +PYOD LLC its successors and assigns as assignee of,    Citibank, NA,
              c/o Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
16410315    +Stephanie Conran,    173 Riverside Dr.,    Northfield, IL 60093-3238
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
16410316     E-mail/Text: bnc@ursi.com May 31 2011 23:25:14      United Recovery Systems, LP,    P.O. Box 722929,
              Houston, TX 77272-2929
                                                                                               TOTAL: 1
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16410310*   +Citimortgage, Inc.,    P.O. Box 9438,    Gaithersburg, MD 20898-9438
16410309    ##+Citimortgage, Inc.,    P.O. Box 9438,    Gaithersburg, MD 20898-9438
                                                                                 TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 02, 2011**          **Signature:** _Joseph Speetjens_