UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
CONRAN, MICHAEL C. § Case No. 10-50498
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    BARRY A. CHATZ, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $       (see **Exhibit 1**), minus funds paid to the debtor and third parties of $    (see **Exhibit 2**), yielded net receipts of $      from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____ By: /s/BARRY A. CHATZ _____
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Bank of America P.O. Box 5170 Simi Valley, CA 93062 |  |  |  |  |  |
|  | Chase P.O. Box 901039 Fort Worth, TX 76101 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citimortgage, Inc. P.O. Box 9438 Gaithersburg, MD 20898 | | | | | |
| | Citimortgage, Inc. P.O. Box 9438 Gaithersburg, MD 20898 | | | | | |
| | GMAC Mortgage P.O. Box 4622 Waterloo, IA 50704 | | | | | |
| 000003 | JP MORGAN CHASE BANK, C/O ASCENSION | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BARRY A. CHATZ | | | | | |
| BARRY A. CHATZ | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| COHEN & KROL | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Stephanie Conran 173 Riverside Dr. Northfield, IL 60093 | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase P.O. Box 15298 Wilmington, DE 19850 | | | | | |
| | Citibank N.A. P.O. Box 769006 San Antonio, TX 78245 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citibank P.O. Box 6241 Sioux Falls, SD 57117 | | | | | |
| | Department of the Treasury Internal Revenue Service 201 W. River Center Blvd. Covington, KY 41019-0030 | | | | | |
| 000001 | CHASE BANK USA, N.A. | | | | | |
| 000004 | CITIBANK SOUTH DAKOTA NA | | | | | |
| 000002 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 10-50498 ABG Judge: A. BENJAMIN GOLDGAR | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|
| Case Name: | CONRAN, MICHAEL C. | Date Filed (f) or Converted (c): | 11/11/10 (f) |
| | | 341(a) Meeting Date: | 01/14/11 |
| For Period Ending: | 10/07/11 | Claims Bar Date: | 04/19/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single family home located at 1655 Mount Pleasant | 350,000.00 | 0.00 | DA | 0.00 | FA |
| 2. Single family home located at 173 Riverside Dr., N | 276,250.00 | 0.00 | DA | 0.00 | FA |
| 3. Chase checking account number xxxxxx0941. | 900.00 | 0.00 | DA | 0.00 | FA |
| 4. Various household items including sofa, television | 700.00 | 0.00 | DA | 0.00 | FA |
| 5. Various used books, family pictures, and DVDs. | 50.00 | 0.00 | DA | 0.00 | FA |
| 6. Necessary clothing. | 550.00 | 0.00 | DA | 0.00 | FA |
| 7. Wedding ring, watch. | 200.00 | 0.00 | DA | 0.00 | FA |
| 8. Digital camera, camcorder, golf clubs. | 200.00 | 0.00 | DA | 0.00 | FA |
| 9. Pension through Teacher's Retirement System of the | 7,000.00 | 0.00 | DA | 0.00 | FA |
| 10. 7.45 shares of Proctor & Gamble. Currently valued | 470.00 | 0.00 | DA | 0.00 | FA |
| 11. 2004 Chevrolet Trailblazer LT with approximately 6 | 8,000.00 | 7,270.00 | DA | 5,500.00 | FA |
| 12. 1995 Mercedes Benz C220 with approximately 85,000 | 3,150.00 | 0.00 | DA | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 0.14 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $647,470.00 | $7,270.00 | | $5,500.14 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/11    Current Projected Date of Final Report (TFR): 12/31/11

LFORM1    Ver: 16.02b

**UST Form 101-7-TDR (10/1/2010)** *(Page: 7)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 10-50498 -ABG | Trustee Name: | BARRY A. CHATZ |
| Case Name: | CONRAN, MICHAEL C. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******7125 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******1352 | | |
| For Period Ending: | 10/07/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/24/11 | 11 | PATRICK J. CONRAN<br>84 EAST BURLINGTON STREET<br>RIVERSIDE, IL 60546 | | 1129-000 | 5,500.00 | | 5,500.00 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.02 | | 5,500.02 |
| 02/04/11 | 000301 | INTERNATIONAL SURETIES, LTD. | | 2300-000 | | 4.72 | 5,495.30 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 5,495.34 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 5,495.39 |
| 04/22/11 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.03 | | 5,495.42 |
| 04/22/11 | | Transfer to Acct #*******7390 | Final Posting Transfer | 9999-000 | | 5,495.42 | 0.00 |

|   |   |
|---|---|
| COLUMN TOTALS | 5,500.14   5,500.14   0.00 |
| Less: Bank Transfers/CD's | 0.00   5,495.42 |
| Subtotal | 5,500.14   4.72 |
| Less: Payments to Debtors | 0.00 |
| Net | 5,500.14   4.72 |

Page Subtotals 5,500.14 5,500.14

Ver: 16.02b

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 8)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 10-50498 -ABG | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|
| Case Name: | CONRAN, MICHAEL C. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******7390  BofA - Checking Account |
| Taxpayer ID No: | *******1352 | | |
| For Period Ending: | 10/07/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/22/11 | | Transfer from Acct #*******7125 | Transfer In From MMA Account | 9999-000 | 5,495.42 | | 5,495.42 |
| 07/06/11 | 003001 | BARRY A. CHATZ<br>120 S. RIVERSIDE PLAZA<br>SUITE 1200<br>CHICAGO, IL  60606 | Chapter 7 Compensation/Fees | 2100-000 | | 1,300.01 | 4,195.41 |
| 07/06/11 | 003002 | BARRY A. CHATZ<br>120 S. RIVERSIDE PLAZA<br>SUITE 1200<br>CHICAGO, IL  60606 | Chapter 7 Expenses | 2200-000 | | 33.84 | 4,161.57 |
| 07/06/11 | 003003 | COHEN & KROL<br>105 WEST MADISON STREET<br>SUITE 1100<br>CHICAGO, IL 60602 | ATTORNEY FOR TRUSTEE | 3210-000 | | 1,072.50 | 3,089.07 |
| 07/06/11 | 003004 | CHASE BANK USA, N.A.<br>PO BOX 15145<br>WILMINGTON, DE 19850-5145 | Claim 000001, Payment 4.57306% | 7100-000 | | 998.30 | 2,090.77 |
| 07/06/11 | 003005 | PYOD LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF<br>CITIBANK, NA<br>C/O RESURGENT CAPITAL SERVICES<br>PO BOX 19008<br>GREENVILLE, SC 29602- | Claim 000002, Payment 4.57304% | 7100-000 | | 1,369.97 | 720.80 |
| 07/06/11 | 003006 | CITIBANK SOUTH DAKOTA NA<br>PAYMENT CENTER<br>4740 121ST ST<br>URBANDALE, IA 50323 | Claim 000004, Payment 4.57299% | 7100-000 | | 720.80 | 0.00 |

Page Subtotals        5,495.42        5,495.42

Ver: 16.02b

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

FORM 2        Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**     Exhibit 9

| Case No: | 10-50498 -ABG | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|
| Case Name: | CONRAN, MICHAEL C. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******7390 BofA - Checking Account |
| Taxpayer ID No: | *******1352 | | |
| For Period Ending: | 10/07/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 5,495.42 | 5,495.42 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 5,495.42 | 0.00 | |
| | | | Subtotal | | 0.00 | 5,495.42 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 5,495.42 | |

```
                                                                    NET              ACCOUNT
                      TOTAL - ALL ACCOUNTS         NET DEPOSITS   DISBURSEMENTS      BALANCE
       Money Market Account (Interest Earn - ********7125)  5,500.14        4.72        0.00
                   BofA - Checking Account - ********7390       0.00    5,495.42        0.00
                                                        ------------  ------------  ------------
                                                            5,500.14    5,500.14        0.00
                                                        ============  ============  ============
                                                        (Excludes Account  (Excludes Payments  Total Funds
                                                            Transfers)       To Debtors)       On Hand
```

Page Subtotals    0.00    0.00

Ver: 16.02b

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 10)*